**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 2:12-CR-58-FtM-99SPC**

**BRANTLEY SEYMORE**

---

**ORDER**

This matter comes before the Court on the Unopposed Motion for Permission to Marry (Doc. #17) filed on August 3, 2012. The Defendant moves the Court for permission to marry his fiancé while incarcerated in the Lee County Jail. The Government does not oppose the relief requested in the motion. The Court has considered the motion and will grant the relief requested as outlined below. Accordingly, it is now

**ORDERED:**

The Motion for Permission to Marry (Doc. #30) is **GRANTED**. The Defendant and his fiancé are responsible for the paperwork and costs relating to the marriage and are subject to the regulations imposed by the Lee County Jail.

**DONE AND ORDERED** at Fort Myers, Florida, this 4th day of August, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record